


**United States Department of State**

*Washington, D.C. 20520*

**November 03, 2017**

### CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING GO FAST VESSEL JOSSETTE.WH.478 (JAMAICA) FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) – 2017972888

I, Commander Francis J. DelRosso, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since July 13, 2016.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. §§ 70502(c)(2) & (d)(2) and 18 U.S.C. § 2237(d).

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

    a. On September 14, 2017, United States law enforcement personnel detected a go fast vessel in approximate position 18° 13′ N, 075° 06′ W, seaward of the territorial sea of any State. United States law enforcement personnel reasonably suspected the vessel of illicit drug trafficking. United States law enforcement officials conducted right-of-approach questioning, during which the master made a verbal claim of Jamaican nationality for the vessel. The vessel's name "JOSSETTE.WH.478" was painted on the hull.

    b. On September 14, 2017, pursuant to Article 3 of Agreement Between the Government of the United States of America and the Government of Jamaica Concerning Cooperation in Suppressing Illicit Maritime Drug Trafficking (hereafter, "Agreement"), the Government of the United States requested that the Government of Jamaica confirm the registry or nationality of the suspect vessel, and if confirmed, grant authorization to board and search the vessel.

    c. On September 14, 2017, the Government of Jamaica confirmed the vessel's registration and authorized United States law enforcement to board and search the vessel.

    d. On September 18, 2017, pursuant to Article 3 of the Agreement, the Government of the United States requested that the Government of Jamaica waive its primary right to exercise

18005269-6

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

That Francis J. DelRosso, whose name is subscribed to the document hereunto annexed, at the time of subscribing the same Commander, U.S. Coast Guard Maritime Law Enforcement Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, Department of State, United States of America, and that full faith and credit are due to his acts as such.

*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, Rex W. Tillerson, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this second day of November, 2017.

_____
Rex W. Tillerson
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

Issued pursuant to CHXIV,
Sept. 15,     Stat. 68-
USC 2657;    C 2651a;
301; 28 US    et. seq.; 8
1443(f); RU      
Civil Proced    Federal Ru

...ction over the vessel, its cargo, and crew to the extent necessary for the enforcement of ...ed States law.

    e. On October 9, 2017, the Government of Jamaica consented to the exercise of jurisdiction by the United States.

    f. Accordingly, the Government of the United States determined the vessel is subject to the jurisdiction of the United States, pursuant to 46 U.S.C. § 70502(c)(1)(C) and 18 U.S.C. § 2237(e)(3).

    g. During the course of the law enforcement boarding, United States law enforcement officials recovered approximately 613 pounds of contraband, which tested positive as marijuana.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 03, 2017.

*[signature]*

Francis J. DelRosso
Commander, U. S. Coast Guard
Maritime Law Enforcement Officer
U. S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U. S. Department of State